IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| ELIZABETH JENKINS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION FILE NO.: |
| | ) |
| FOREMOST INSURANCE COMPANY, | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF REMOVAL

Foremost Insurance Company Grand Rapids, Michigan ("Foremost"), improperly named as Foremost Insurance Company, hereby removes this action to this Court pursuant to 28 U.S.C. §§ 1441 and 1446.

1.

Plaintiff Elizabeth Jenkins initiated this action in the Superior Court of Lowndes County, Georgia, where it was styled *Elizabeth Jenkins v. Foremost Insurance Company*, Civil Action Number 2024CV1567. A true copy of the entire court file is attached hereto as Exhibit A.

2.

Because Foremost has not yet been served this notice is timely filed pursuant to 28 U.S.C. § 1446(b).

3.

Plaintiff is a citizen of Georgia.

4.

Foremost is incorporated in Michigan and has its principal place of business in Michigan. Thus, Foremost is a citizen of Michigan for purposes of federal diversity jurisdiction. 28 U.S.C. § 1332(c).

5.

Plaintiff seeks more than $75,000 in damages.

6.

This court has original jurisdiction based on the diversity of citizenship between Plaintiff and Foremost and the amount in controversy exceeding $75,000. 28 U.S.C. § 1332(a).

7.

Because this action was brought in the Superior Court of Lowndes County, it is properly removed to this Court pursuant to 28 U.S.C. §§ 1441(a) and 1446.

- 3 -

8.

Foremost will file with the Clerk of Court for the Superior Court of Lowndes County a Notice of Filing Notice of Removal pursuant to 28 U.S.C. § 1446(d), attached hereto as Exhibit B, without exhibits.

WHEREFORE, Foremost removes this action to this Court pursuant to 28 U.S.C. §§ 1441 and 1446.

                                        **FREEMAN MATHIS & GARY, LLP**

                                        */s/ Philip W. Savrin*
                                        Philip W. Savrin
                                        Georgia Bar No. 627836
                                        psavrin@fmglaw.com
                                        *Counsel for Defendant*
                                        *Foremost Insurance Company Grand Rapids, Michigan*

100 Galleria Parkway
Suite 1600
Atlanta, GA  30339-5948
(770) 818-0000 (Telephone)
(833) 330-3669 (Facsimile)

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served the foregoing **NOTICE OF REMOVAL** on all parties or their counsel by filing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Andrew Steadman, Esq.
Weisser Elazar & Kantor, PLLC
800 East Broward Blvd, Suite 510
Fort Lauderdale, FL 33301
JT@weklaw.com

This 26th day of November, 2024.

**FREEMAN MATHIS & GARY, LLP**

*/s/ Philip W. Savrin*
Philip W. Savrin
Georgia Bar No. 627836
psavrin@fmglaw.com
*Counsel for Defendant*
*Foremost Insurance Company Grand Rapids, Michigan*

100 Galleria Parkway
Suite 1600
Atlanta, GA  30339-5948
(770) 818-0000 (Telephone)
(833) 330-3669 (Facsimile)