# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| ELIZABETH JENKINS, | : |
| | : |
|    Plaintiff, | : |
| | : |
| v. | :    CASE NO.: 7:24-CV-125 (LAG) |
| | : |
| FOREMOST INSURANCE CO., GRAND RAPIDS MICHIGAN., | : |
| | : |
|    Defendant. | : |

## ORDER

The Parties have advised the Court that they have settled this case. (Doc. 9). The Court hereby **DIRECTS** the Clerk of Court to administratively close the case in order to allow the Parties to finalize the settlement agreement at issue. The Parties are **ORDERED** to file a Stipulation of Dismissal or move to reopen this case no later than **sixty (60) days** of the date of this Order.

**SO ORDERED**, this 2nd day of April, 2025.

        /s/ Leslie A. Gardner
        **LESLIE A. GARDNER, CHIEF JUDGE**
        **UNITED STATES DISTRICT COURT**