IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| ELIZABETH JENKINS, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | )   7:24-CV-00125 |
| | ) |
| FOREMOST INSURANCE COMPANY, | ) |
| | ) |
|    Defendant. | ) |
| _____ | ) |

### STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS STIPULATED AND AGREED by and between the respective parties and by their undersigned attorneys, that the above case be dismissed pursuant to agreement between the parties.

DATED this _____ day of _____, 2025.

Address of Counsel:

800 East Broward Boulevard
Suite 510
Fort Lauderdale, Florida 33301
954-486-2623
954-572-8695 fax
jt@weklaw.com

**WEISSER ELAZAR & KANTOR, PLLC**

By:   /s/Andrew Steadman
      Andrew Steadman, ESQ
      State Bar No.: 871798
      Attorney for Plaintiffs
      Kenneth Boyd and
      Gloristeen Boyd

**FREEMAN MATHIS & GARY, LLP**

*By:*   */s/ Philip W. Savrin*
      PHILIP W. SAVRIN
      Georgia Bar No. 627836

*Counsel for Defendant*
*Foremost Insurance Company*
*Grand Rapids, Michigan*

Address of Counsel:

100 Galleria Parkway
Suite 1600
Atlanta, GA 30339-5948
(770) 818-0000 (telephone)
(833) 330-3669 (Facsimile)
psavrin@fmglaw.com